IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Tammy A. Morrison, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv722 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 1, 2014 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 18, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court